HARRIMAN
v.
HERRITAGE.

---

HARRIMAN and Others *v.* HERRITAGE.

Monday,      APPEAL from the *Madison* Circuit Court.
June 10.
*Per Curiam.*—Suit to foreclose a mortgage. Judgment by default. No error appears on the face of the record, and no extrinsic facts were sworn to below, as a ground for the motion to set aside the default.

The judgment is affirmed, with 2 per cent. damages and costs.

*M. S. Robinson*, for the appellants.